■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND F. NEWTON, JR., Appellant. [714 NYS2d 919] —Judgment unanimously modified as a matter of discretion in the interest of justice and as modified affirmed in accordance with the following Memorandum: Defendant appeals from a judgment convicting him after a jury trial of criminal possession of stolen property in the fourth degree (Penal Law § 165.45 [5]) and grand larceny in the fourth degree (Penal Law § 155.30 [8]). Defendant failed to preserve for our review his conten-

tions that County Court erred in admitting evidence of a prior uncharged crime and that the prosecutor engaged in misconduct on summation (*see*, CPL 470.05 [2]), and we decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see*, CPL 470.15 [6] [a]).

We modify the judgment as a matter of discretion in the interest of justice by vacating the fine. (Appeal from Judgment of Oswego County Court, Brunetti, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Green, J. P., Hayes, Wisner, Scudder and Lawton, JJ.